```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MACK TRUCKS, INC.                 :           CIVIL ACTION
                                  :
          v.                      :
                                  :
BORGWARNER TURBO SYSTEMS, INC.    :           NO. 08-2621


                             ORDER


          AND NOW, this 6th day of May, 2011, for the reasons set

forth in the accompanying Memorandum, it is hereby ORDERED that

the motion of plaintiff Mack Trucks, Inc. for reconsideration of

the court's order dated March 22, 2011 is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   C.J.
```